**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IRVIN LEONEL DUARTE PINEDA,** | * | |
| **a/k/a Michael Rodriguez Garcia,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **CIVIL ACTION NO. 25-00546-KD-B** |
| **vs.** | * | |
| | * | |
| **STATE OF ALABAMA, *et al.*,** | * | |
| | * | |
| **Defendants.** | | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the report and recommendation to which objection is made, the report and recommendation of the Magistrate Judge dated August 31, 2026 (Doc. 3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

**DONE** and **ORDERED** this 3rd day of **November 2026.**

**/s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**